UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

   Eric S. Wentz

          Debtor.

Case No. 24-23853-gmh
Chapter 11 (Subchapter V)

### DECLARATION OF SERVICE FOR NOTICE AND APPLICATION FOR AUTHORITY TO RETAIN AND EMPLOY SWANSON SWEET LLP AS GENERAL BANKRUPTCY COUNSEL

I, Sydney M. Haase, under penalty of perjury, declare that I am a legal assistant with Swanson Sweet LLP, and that on July 25, 2024, I filed a true copy of Notice and Application for Authority to Retain and Employ Swanson Sweet LLP as General Bankruptcy Counsel in the above-captioned proceeding, via the Court's CM/ECF system, and mailed the same via first class United State Mail, postage prepaid to the below addresses, thereby effecting service on all parties require by the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of Wisconsin.

Eric S. Wentz
2740 Cambridge Circle
Brookfield, WI 53045

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 25, 2024          /s/ *Sydney M. Haase*
                                              Sydney M. Haase